CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983

RECEIVED
IN OUR OFFICE
IN THE UNITED STATES DISTRICT COURT **5:13-CV-415**
FOR THE MIDDLE DISTRICT OF GEORGIA Macan Divis Cot
2013 OCT 28 AM 8:41
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Daniel Eric Cobb
758572

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner)

① PRN ② eld and ⑦
① current and ongoing
imminant danger for
many different reasons
regarding serious physical
injuries

-vs-

Reginald Smith unit manager
of baldwin Prison, cherieo Price
deputy warden of care and treatment,
Jo Hunding, chief counselor, et. al

(Enter above the full name of the defendant(s)

⑩⑤ I'm sueing for 3 strikes
law being illegal law
for numerous reasons
⑩⑫ franchise on inqueation
for the Law actual

There are many more defendants to this, see attachment for list

I. **Previous Lawsuits** I can not write any more lists

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✗ )   No ( )

B. If answer to A is yes, describe each lawsuit in the space below. (If there is more than
one lawsuit, describe the additional lawsuits on another piece of paper, using the same
outline.)

1. Parties to the previous lawsuit:

Plaintiff(s): Daniel Eric Cobble

Defendant(s): See courts websites, too many to list

2. Court (name the District): See courts websites too many to list

3. Docket Number:
See courts websites, too many to list

Rev. 12/5/07

I.    **Previous Lawsuits (Cont'd)**

4.    Name the Judge to whom case was assigned: _See Celurts websites_

5.    Did the previous case involve the same facts?

Yes ( )     No (✓)

6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

_52 different case numbers are currently pending_
_nationwide mostly appeals 6 at others before that were dismissed_
_to the Keswell cher RO total suits, 6 at some of pending 5 2 one criminal_

7.    Approximate date of filing lawsuit: _2002 thru now_

8.    Approximate date of disposition: _52 pending, and others 2002 thru to 2013_

II.    **Exhaustion of Administrative Remedies**   _There are NO Remedies, only a process_
Pursuant to 28 U.S.C. 1997e(a), no prisoner civil rights action shall be brought in federal court until all
available administrative remedies are exhausted.  Exhaustion of administrative remedies is a
precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire
institutional grievance procedure in order to state a claim for relief.

A.    Place of Present Confinement? _Strip cell # 24  K-1 bldg Baldwin Prison_

B.    Is there a prisoner grievance procedure in this Institution?     _✓_ Yes     ___No

C.    Did you present the facts relating to your complaint under the Institutions grievance procedure?
_✓_ Yes     ___No

D.    If your answer is YES:

1.    What steps did yo take and what were the results? _every step prison allows me to do and that I'm required to do_
_but no Results, never is, out of over 800 grievances_
_in 10 years at 19 Prisons_

2.    If your answer is NO, explain why not:

Rev. 12/5/07

**III.  Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Name of Plaintiff: Daniel Eric Cobble (GDC#758572)
Baldwin State Prison P.O. Box 218 hardwith
Georgia 31034 building K-1 cell 24

Address(es): see ↑ above

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant: Reginal Smith

Employed as: unit manager over K buildings

at: Baldwin State Prison Caying farm Rd P.O.Box 218
hardwick, Georgia 31034
see attachment re-other defendents

**IV.  Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) Right now on 10-22-13 I'm in Imminent danger to serious physical injuries ① due to current and ongoing cruelty ② by every single person that works at baldwin prison since administration here and in GDC headquarters don't do nothing about ☒rack prison uses my state food as a punishment by not feeding me breakfast lunch dinner when they think I either flocked diagroom, made a verbal threat and so on when in reality other inmates flocked picture, other inmates said threat, as security cameras that are permanently mounted on walls Inside every building inmates are housed proves since they record 24/7 in to harddrive, this has happened Rachhels teme and various other inmates too that I've seen with my own eyes and heard employees say they were going to not feed peop. & with my own ears and then they do exactly what they said in building K-3 and new building K-1 in violation of 14th and 8th amendment right to protection etc etc.

(2) Right now on 10-22-13 I am in cell that toilet does not flush and sink does not work unless a employee on outside it can cecked 24(?) cell pushes a button on wall, so I'm forced to in hale deadly ☒☒☒ fumes of human waste for 4 plus hours regularly, since employees do not do their Rounds every 30 minutes & specially after lights both, which inmates a few cells down are able to flush their dun, I've seen this cell over a mqtz to make Ged space for a homosexual in bldg K-3 according to Lt. Eaton so I am in Imminent ongoing danger.

Rev. 12/5/07

## IV.   Statement of Claim (Cont'd)

(3) I am being denied ability to brushing teeth due to sink water not working unless a officer presses button on outside, & well and then water don't come on but for 3 seconds and officer presses button and walk out so I can't get him to do it again and he ain't gonna stand there long enough for me to brushing teeth, I have gingivitis and a split cut in middle of my tongue which is due any thing about for years now & I'm in constant pain and I have repeatedly bitten my tongue & have big holes, cuts like bad cold sores due to me being so undue fed that I lost 60 pounds of mass & mass in 8 months without eases a size 4 inch off my size 34 waist and nobody will see me to renew my old cardiovascular double portion profile and HS snack profile & and PM snack profile and HS snack profile, and 3X7 profile profile any cyclone used to give me, so for all these reasons I need working running water in my cell but I am not making any claim here except the water bit, all else is only explanation of why I need the water, so I'm in imminent danger without working water

(4) I'm in imminent danger due to laundry treatment as K-49 (really bad) a scabbies out break and their population, but in my seg block & laundry is only washed one day a week any it's left down here for 12 hours after it gets back so other inmates throw feces in cloths, tights, spit, & spread so I have to wait a week again for washcloths and & seg blocks and ps for max

## V.   Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

(1) Question me under drug induced hypnosis useing Sodium Pentathol thru 3rd party like Hypnosis Institute. Ask for example about weather or not I'm literally, really innocent & tell I'm currently in prison for (2) Regardless of Results of hypnosis give Results and Questions I recited & texts news and CNN news and D.A. of both Cobb and Wilcox counties and U.S. attorney general and head of Georgia General assembly and head of FBI civil rights division and U.S. president House (not his cronies) and managers of Cobb and wilcox and State of Georgia headquarters of circuit defenders & trees and wilcox Judge that sentenced me and Grand Juries that indicted me in both counties and sheriff that constituted me in both counties and wilcox police and probe and wilcox & police and State police and my son (not his mom) and all my previous attorneys on both cases and to at least news paper and social media & website's that are current & possed (3) Put in prison for at least 5 years every Single person that has worked in R2 and / in last year by taking out warrant & arrest application on them at GDC expense for me such a GDC inmate & current employees to under prison entire admin (4) order my current prison sentence charged to time served, so here today as the human civil rights violations ended & (5) order me given permanent nationwide immunity to prosecution to anything I go (time) moreever be accused of doing from any prison since Aug 4, 2003 thru till today included anything civilian day told thru me, & to and includes any and all states, counties, cities and agencies of federal government too, included all warrants already taken out on me, so order them dismissed & order me free of those all incarcerated facilities immediately (7) order all done for me by experts that alternate to make me sovereign and to enforce my sovereign Rights as the Made sovereign (8) at Defendants expense (9) polygraph me about my hiring & (9) polygraph each & every person in GDC exp wilcox that has claim (9) give GDC employee polygraph questions and perscrits to some organization's such as CNN (11) Do all only legally allowed (12) Do all Listed on attached pss too (13) un-purge my Class A drivers license record

**V. Relief (Cont'd)**

(14) Renew my licenses without me having to do anything (15) Seal all I and any state and fed government agency and all civilians ever filed in any civil and criminal cases nationwide permanently on paper and electronically from being seen or used against me ever again by states and feds and civilians (16) give me free copy of all prison system's records with my name in it or on it on paper and electronic, including with my fee on it or in it too (17) issue gag orders on my mom and on Stephanie Lockhart and on her husband after give #15 is done on things in #16 above and #18 below too to be nationwide permanently (18) Seal my medical records same way as in #15 above (19) supply me with new laminated drivers license itself using pre-96 ylm photo of me on it, using new expire date 16 years from now, using new free world address on it I say, ..... (19) do all to cancel my current child support order (20) exemptions from having to

Signed this 22nd day of October, 20 13.

Daniel Eric Tuttle
(Signature of Plaintiff)

STATE OF Georgia

COUNTY (CITY) OF Baldwin County Hardwick city

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 10-22-13
(Date)

Daniel Eric Tuttle
Signature of Plaintiff

(20) continued → keep my weapons anywhere other than on me while I'm driving any vehicle or in any vehicle, minus commercial airplanes (21) Renew all my Rights to bear arms (22) do all within 24 hours of me winning this (23) Restore all my political Rights (24) Restore all my civil Rights (25) concealed, nationwide free for life permit for carrying weapons (26) open carry weapons permit nationwide free for life (27) Get me all my son's medical records (28) get me copy of photos ever taken by anyone of my son since his birth till I win this from all you'll can find (29) get me all my son's schools records (30) do all to make my son sovereign (31) do all to enforce my sovereign Right + records my ..... sovereign (32) defendants held financially responsible for all I ask for in this suit (33) state pay all court costs (34) court appointed appeal attorney to keep .....this (35) extend all seals above to cover anyone knows me in U.S. to not tell any foreign government or any foreign civilian about my records (36) give me copy of all I ever filed in all civil cases nationwide (37) all fees free (38) extend my all weapons permits above to cover all europe too (39) my new birth certificate (40) my son's birth certificate (41) my son's SSI card

See attachment for more Relief

Statement of claims 2

(4) continues: So I freeze during air conditioned cell without pants and have to smell them for a week till I can wash them again or prison does not answer clothing requests in Segregation, this causes a insanitary condition, but prison gets to wash pants 5 days a week, and ours are not draw-started and they only give us a pair of pants plus one we are supposed to wear, but clothes disappear even 3 weeks; laundry forever regularly

(5) Concrete speed bumps are not put inside Seg. cell doors and other inmates flood so feces/urine infested water comes into my cell and instays for 1 hours and hours and prison don't give me either mop or squigy so I live in a 2 in. deep lake of pee and feces until it dries, this is so hazzardous to my health that its a immanent danger

(6) Back wall in my cell leaks water into my cell so entire cell is flooded 3 in. deep in 5 to 10 minutes when it rains outside if wind blows east, but not if storm heading west, yet prison will not move me or fix, this is mold causing as I'm allergic to mold (hay fever)

(7) inmates stuff their locks on way to showers in Seg, so can pop out, nobody checks locks everytime so drug afflicted inmates can attack me when I'm on my way to shower, when they see a inmate out of his cell at 1st they assume he is a orderly and sometimes catch who it is and merely make him go back in his cell, but don't fix his still missing cell door, so 5 minutes later he does it again

(8) this is immanent danger to my welfare as inmates buy other inmates medicine and inmate hoard theirs cuz an prison gives prescriptions easily to wheelchair units give them without tests just to keep their cells so their high on combination of 27 Benedryls and Ice (myth) and weed and cigarettes As this prison infested when a pack of gas been a cost of 70 yet a roll up when a pack of gas been a cost of 2 and a just ran for a few so they go for $2 and, and c just ran for $2 a few so they are so drug addled they get paranoid and see things after week of no sleep and want to TF attack me for some perceived slight as I've been threatened twice just this, so in a prison I routinely hear inmates banging on things sounds like steel tools

Statement of claim ps 3

(7) continues: Ineed for a law that attacks clear existing hearsay to prison employees first, so inmates that can pop out their cells with 1 stackless steel (under plexiglass shards 3/4 inch thick), noise to melt then sounds like construction site

(8) medical appointments set by medical Im not taken to by security so medical cancels and don't Reschedule and don't tell me cancellation, so I've been scheduled to see P.A. in medical several times since 12-4-12 to now Oct 4 2013 yet have never seen P.A. to Renew my expired ~~~~ asthe profiler, mentioned in orig. claim in this suit since s.o.p. says I can't be denied any profile medically unless They can prove new evidence shows Evidence contrary to original medical Records for giving me profile in 1st place even if sent to different prison, yet medical fails to treat me if security don't take me to infirmary so I'm starving see baldwin cnt Jackson warehoused I'd receive computer Records shows I was weight size 34 on Aug 4, 2003 and size 38 in Aug 2013 and see baldwin cnt Jackson medical file releases on Aug 4, 2003 I was 161 pounds after over 2 years in county Jail as indigent, yet at baldwin in 2013 I'm alert 140 to 155, they at age 14 years old Dungeon more than this, I've never felt I can't exercise without enough fuel, so I can't defend myself against these medical includes sending them money so to other inmates to buy from

(9) I am forced to breath in noxious deadly fumes from bad air conditioning situation bad all under 55 trapped shit includes Two pepper spray at less 3 sets spray in my downstairs I breath and inhale my Room phlegm smoke and marijuana smoke and cigarette smoke and fire smoke since nobody evacuates, it inches and smell just Re circulates, and I'm in danger such this

Statement of claims pg 4

(10) This one claim is only one on 2 unl cert tea Stices, ~~*******~~ Sgt Baxter and James Hilliard on 10-22-13 tea currently, in Baldwin Prison, in violation of both paragraph 1 of the 1776 declaration of independence & 13 States Right to Liberty and rights of e.c. 8.2 16-5-41 criminal false imprisonment, etc etc, which by these michizups stay out of this out that never happened to celes their both and to retaliate against me for my untrys grievance on their friend Sgt Randall, as they affected me which I acg on celes in world 68 c cell yet they lied to the Jury saying I kicked them 1st in legs in a day mis of a P.T.O so how I could go dunk them 6x, and 100 or so inmates were in building at time that nobody ever asking them what happened and my trial witness Officer c.o. Shawn Cobb that testified he couln't see and hear anything in entire building that day. That is not until certain staff came in say S, court ~~sellold~~ also said he did not see or hear me do anything cert said I did, so that prove it never happened, (if how can you see something that never happened?) answer is you can't Said it, and by doing so tis not see or heard from my side in 13 grievances, and I've been mistaken entire time and nobody ever investigated their claims against me and nobody ever investigated my claims against them and everybody rightoud all can Shaw Cobb testifying on his side and selget testify P. L. R. A. Law and 96 anti tenur Lawsuit 3 strike law on being illegally applied to me

Statement of claims pg 5

(17)   Commissioner of Georgia dept of corrections Brian Owens is currently violating dual 6 Security act as in 2009 my cobb indict # C15017 can a flurry false general plea of innocent by insanity motion and (after that) also in 2009 (not 2003) Cobb Superior Judge Nix order me found in survival order entered into Georgia Regional, but they never told me of this, So I filed in person to challenge it I first found out about 2012 under 2013 speprison, and I did not even get transcripts for trial till years after appeal was finished and wife & son's habeas in supprison, so all this makes that can transfer can and it including my 2003 conviction, for same case dual 6 security violation, since I was found innocent by insanity, indeed so cry'out can't ten did not have authority to presecute me any by extorsion claims since don't have authority to hold me because it's yet to is my levy

(18)   All these claims are on both PSS claim 12 uses government for doing things done illegally cease 35 strikes, to stop the harrassment to count so makes less illegal or it's levy about, see these PSs forms

Because all but 17 defendants personally had knowledge of problems, and failed to fix all of each of these claims (And) all are related damages



*Claim 1 a*

## V. STATEMENT OF CLAIM  pg 6

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? NOW, statewide, and ongoing as of 10-22-13 and Baldwin Prison

WHEN do you allege this incident took place? NOW and ongoing

WHAT happened? Every Prison employee under view of wall mounted security camera recording 24/7 onto harddrive Endeans committing so many Routine crimes/civil Right violations that combined all cause me to be imminant danger of serious physical injuries in numerous different ways listed seperatly on the next pages attached each under letter/number combination but All to be considered cruel and unusal treatment includes deputy warden of care and treatment cherie price, chief counselor Jo hunding, unit manager Reginald Smith, deputy warden of security mr. _____ Jordan, law librarian mr. _____ Jordan (brother to T) deputy warden of Administration ms. _____ wannba (not sure if spelt right) former warden shelia dubre, Regional Director victer walker, Georgia dept of corrections headquarters in forsyth named inmate affairs and Appeals unit hereby labled I.A.A. For future uses, ms. shevondah fields former manager and current manager ms. Liza Fountain, and →

_Statement of Claim continued pg # 7_

Brian Owens G.D.C. commissioner and G.D.C. internal affairs unit, and every dorm officers that has worked any bldgs I've been in since coming to baldwin Prison on 12-4-12 to Now, every nurse that has come into any bldgs I've been in since coming to this prison on 12-4-12 to now, mental health counselor mr. Duchlinger, captain spikes, Lt's (all of them) that have worked in any bldgs I've been in since coming to baldwin, I've been in only bldgs K-3 and K-1 and K-2, but in gameras, cells in K-3, but right now I'm in K-1 cell 24, All sgts that have come into bldgs I've been in here, all other counselors of non-mental health type that have come into any bldgs I've been in, all store ladys, all maintenance men, all Prison mail room ladys, all business office of Prison that handles indigent postage request series, all cert team members, at this Prison, etc etc = employees working for G.D.C. directly or sub contracted, but since I'm not provided with their names as most don't have name tags and I can't hear them work crop when I'm behind a 400 pound steel door thats locked closed 24/7 and big fan on in front of my cell and a lot of inmates yelling, so I can't tell count their names and they don't tell me their 1st name when asked anyZur, but this is only explanation of why I can't tell count them names since I can't sue state I have to sue peop & world for state so I explain this, but all these peoples are defendants in this suit but its available to count to get prison Registor that shows their names but not forms, but they know these next problems exist as I verbally told them, I grieve it all, I wrote letters to them all by their titles in house mail + number. Stimes, they see problems exist twice during, the ry seen problems, Stimes other officers I have tell them, so since all those indoor cameras prove my claims, and I can't appointed Def person lip Reader can see what they say on cameras Recordings, paper Records, for all in a tof, I count ask for them, I can't walking thru bldgs in Prison, I do us in side showers/cells pollygraphs me, pollygraph Emplyees, question me under drug Induced hypnosis on camera by third party all proves these things, but all these claims results in / many different types of imminent dangers which I claim / but I do have more Real Claims in this suit so next pg for Start of my 1st Claim but I am't claiming psst

Statement of Claim pg 8

I am claiming how, & to clean is:

(A) (1) I am in a bldg thats just been quarenteened due to scabbies in K-4 but I'm in K-1, but people that live in K-4 come to work over in K-1, caused by not things clean but it

(A) (2) Prison only washes clothing/linen 1 day a week for inmates in hole (segregation), but they wash population when clothes 5 five days a week

(A) (3) Prison Returns washed cloths/linen so wet that it mildews before I can use, towels, boxers, washcloths, socks, blankets, sheets, pillowcase, pants, t-shirts, sweatshirts,

(A) (4) no place to hang cloths/linen inside my 12ft X 8ft cell

(A) (5) no place to hang cloths/linen in shower

(A) (6) not cleaning cell before I'm put in it

(A) (7) not giving me anything to clean my cell with, only giving it to orderly to mop floors, in diagram cut outs

(A) (8) not cleaning showers

(A) (9) Prison employees not doing anything written, if a inmate orderly dont do it, we go without instead.

(A) (10) Prison not getting to get stuff we need, if it ain't brought by others, some go without

(A) (11) I'm basically in a dred box in side a lost box, as upstairs has a plexiglass and hallway doors closed blocking it off front rest of bldg, and no officer stays up here so nobody can hear us during starts when we scream for help

(A) (12) Prison does not do Rands every 30 minutes, as S.O.P. says but disappears for 4 hours regularly, especially after lcpa and when theyre busy during starts

(A) (13) only 1 Roll of toilet paper a week, if we run out early, we are sh?t out of luck

(A) (14) black mold on ceilings, floors, corners, walls

(A) (15) not doing evacuation when other inmates set fires

(A) (16) back windows, in cells welded shut

(A) (17) A/c blows smoke from other cells in to ours

(A) (18) no sprinkler heads in cells, as they create fire potential

(A) (19) when other inmates flood then my cell entirely gets flooded too, and I'm left in it without means to clean from 12 hours to till 2 days

statement of claims P3 #4

(A) (19) Greet times, they flood interior cells frequently by putting blanket in toilet and a blanket at bottom of their door and let it build up knee high then pull blanket out from under door

(A) (20) Prison uses food as punishment by not feeding us breakfast/lunch/dinner at all if we bust flaps/make threats/throw feces/etcetera, but I didn't even do any of this but they cant always tell who did it so they blame me sometimes too, besides it they'll do it to others openly when I hear/see it happen, then they'd do it to me too,

(A) (21) Prison dont gives us new clothes/linen upon arrival but a used pairs

(A) (22) Prison dont gives us enough clothes/linen, as we only have pair and wearing and 1 others, but not that many Linen only 1 linen

(A) (23) Prison induces People to be sexually harrassed by given us see through boxers and are way short and are narrow legged

(A) (24) after clothes are washed once weekly, it's left downstairs in floor for 8 hours or more with people stepping in it and inmates throwing feces/piss in a cup at officers, which hit my clothes and it aint rewashed cos I turn it in at breakfast 5:30 AM and get it back 7:30 PM

(A) (25) cell I'm in toilet dont flush unless officer presses button on wall controls by cell, but other inmates can flush their own, I was put in this cell to make room for a gay man with real breasts I was told by Lt. Presten per unit manager Ship Rhodes as a sleeper was in I flush all toilets when flush in cell 7 with a remote so they answer me cell SH-3 to K-1, 24, and moved sleeper out of 12?, in cell 7, so guy can be put into 12

(A) (26) inmates rig their cell doors all times by putting toilet paper in cells and affect other inmates, or use to shower which I'm cuffed and prisng let them do it regularly, as I've been threatned for it too done, but luckily he calmed down by talking direct to other inmates, in showers by him since I'm telling other inmates how to file suits.

(A) (27) Prison employees is using peer pressure to get whack things, like if 1 person floods, then nobody eat breakfast

Statement of Claims pg 10

(A)(28) Laundry request forms to replace lost/torn laundry clothes/ when are not answered in lab by warehouse/ laundry or anyone else without bagging everybody for several weeks, and the only get some stuff we need, but again need, but none all we supposed to

(A)(29) we are not taken to sick call/ P.A. in this facility, it seems security don't follow, and they cancel appointment without telling us and they don't reschedule, so I haven't sat in this/ doctor for 12-24-12 times as needed to replace my knee brace/ profile, pt stuff, Its knee 3X17 profile, double portion profile as S.O.P says I can't be denied any profile my previous prison gave me here or at next prison in GSS prison can show new evidence contradicting my reasons for getting it, yet this whole place as I get 6 ft 2005, 06, 07, some shit in 2011, yet no new, as I went from 201 pants attrest size 34 to 140 pants still/waist size 34 all in 9 months, between 2003 to 2004 but did not lose a pound in 3 years in county Jail 2001 thru 2003, so I don't have enough food to exercise to compete with these welfare mom feed prison inmates, as they get store or stal it but I don't, and they don't feed enough, and I lost all muscle mass in arms in legs calves/thighs, so I'm under my minimum health weight for medium bone density 5ft 11 but 39 year old men with very high metabolism, considering this silent to this shit, but prison B.m.i. chart don't show weight difference for weather you small, medium, large bone size frame as their supposed to

(A)(30) other inmates are given to stole or my prescription they went to satisfy them, so they are mixing and hording and selling medicines, etc as 28 Benedril taken at once make you very high, I've seen it, they also make them paranoid where they went to do stuff to me because they felling

(A)(31) inmates are allowed to talk loud so they yell at each other all night, so I can't sleep

(A)(32) inmates are high on Ice (methamphetamines) so they talk for days without sleep and bang on the walls to make their beats, so I can't sleep

Statement of claims ps 11

(A) (33) when something breaks ... maintenance has hard to try
to fix sometimes, but it inmates, can fix maintenance don't
do it, it stay broke, and what ain't fix'd of all like
shower water temp. scalding or freezing, no moderation

(A) (34) Those who smoke often throw at others
as cold as only my sit off then dance & other but add off
walls. and those who smell, it may even be down to toilet
but flushing despite SOP says, there is strip cell and
only shakes can authorize this. but that ain't been done,
as they say do what they want, not what rules say

(A) (35) I can't brush my teeth due to sink not working
unless officer presses another button on wall outside my cell
and it only stays on for under 5 secs, and he ain't gone
stand there and press it over and over again long enough to
let me brush my teeth.

(A) (36) I can't walk as long, for some reason selling

(A) (37) Prison was showers locking cells so others pee
and crap in it, unless it's cleaned and rare a cell's another
inmate talking a long time cleans it but they ask someone pee
or bought bleach he bought from commissary, that there
huh

(A) (38) I'm forced to inhale toxic illegal drugs such as
cigarettes / marijuana / ice / ecstasy / crack cocaine is all
rampid easily available to every day who all for under $2 for a
rolled cigarette or a joint, but others stuff more expensive
as cent ordered. And analysis or all inmates will prove

(A) (39) Release prejudice by predominantly black employees of
helps all this stuff stay a problem, I'm which the black
prison officers more interested then doing clear duties them
they are getting and out of hand for security of the inmates
as well as they only come and stand at all to do clear chit, so if
not for clear chits we would never see them

(A) (41) Law Gforaism is gonna be gone for next 3 months,
so they world stops because of it

(A) (42) Prison does, things so my safety what up being denied
frivolous all because of prison action / inaction, like only sending
out mail for indigents 1 day a week, when non-indigents get to
send out mail five days a week

Statement of Claims pg 8/2

(A) (42) by contract, when a S constitution says, I have property right to send and Receive mail 6 days a wk, not the postal, but out, indigent mail five days a wk, 6 at act now despite Georgia court's appeals 10 day physical receptor Rule.

(A) (43) same as 42 That they don't only law bullshit tale when only Reatin courts deepen suits in 1970's for Right to access to courts denied, in Prisons prohibit to allow bull, Shen tale made available to inmates, but the term has many Seg rights, but I'm in Seg rights voluntarily here been for almost five years straight thru, due to my fear of being framed by another c/t term again, and only on company I trust 9 thru its before that, so Really I've been in hole for 9 years, and over the over 10 years straight I've been in Ser cerdits.

(A) (44) making me so special I can't write legal to due to hard frame, same as clue 42.

(A) (45) same as clue 42 but no desk in my cell or chair, so I have no place to write legal on.

(A) (46) same as clue 42 means prison caught by 3 strikes to stop me handing across to courts, to force only minimized damages claims only be acceptable, but same as 42 above, below by prison not answering my written law library request.

(A) (47) same as 42, but law library only allows 1 request per week.

(A) (48) same as 42, but law library 6 nights a week short staff and not staffed for another c/wk.

(A) (49) same as 42, high inmate ratio deny answers to my law library requests, not law Gts is in employees.

(A) (50) Postal not replacing once a month indigent defective ink pen, same as 42.

(A) (51) ind right pens no where near full when new, same as 42.

(A) (52) 17¢ ink pen only allows once a week same as 42.

(A) (53) same as 42, research not done for inmate in hole law library, since we are never taken to law library from hole cause they isn't gone do it for us.

Statement of Claims pg 8 /13

(A 54) same as 4h, but equal treatment of law / un-fair trial for civil cases / impartially in suits 3, 4, 7 by Prisi. actions to sue clocal processes in civil cases, but I can't cut copies a midnight

(A 55) same as 4h Prison keeps my mail on purpose so clocks slips I did not for the same thing in time so they diskisis appeal due to it, when I did fix it out, so frivolous Rule Ex etc, since I'm denied ability to appeal.t

(A 56) I'm not allowed shoes in Lo6 so my feet stay cold

(A 57) I Just turned 39 years old (age write but I'm getting not gray (but white) hairs in my beard / mustache, from stress of Prison, so this 39 year screen a directly at least 40 years old by law expectancy that's actually in my family every had white hair till in 80's

(A 58) I've not heard local Radio in over a decade

(A 57) I've not seen a tv in over half a decade but 6 pieces

(A 58) I've not seen newspapers as they media reduction being sued for feeling is not supplied to inmates in Lo6 or Lo6 population there

(A 59) magazines inmates in Lo6 can't see them, but O.P. inmates can in library

(A 80) inmates in O.P. (population) can check out I could get a time on those a wants for sure, but I'm Lo6 can only get in a week, but Prison don't bring here to me hardly ever, may be 6 in a year as I read up to two thousand pgs daily easily fantasy/sci-fi/humor etc category's as I don't care who authors, Prison actions stuff in office, or by steal it, librarian never on a cart to my door

(A 61) back wall in my cell floods to the room when it rains outside for under 1 minute) N3 from cell, from west, but no heat for some reason and I'm up stairs, but downstairs floods sometimes if the fire door

(A 82) business office does not send me the multiple copys, had writs of certification of authenticity I ask them, only send 1, can only if I have 1 to send them in 1st place, and tells me when more quite a bit of the time, same as 4h

Statement of claim, pg 14

(A)(63) Prison is pepper spray happy, they spray everybody for everything, (Prison chemical assault) lost Prison abider by and Re-path their suP. [Standard operating procedure]

(A)(64) air is either freezing or hot as hell, in cell

(A)(65) I cant turn my own all light on/off myself

(A)(66) I cant get grievances on chrsforms, without asking twenty times then sit people over 3 days and Dont get some then, sucos 4?

(A)(67) wardens/forsyth dont fix problems, or ensure grievs

(A)(68) no griev admit Remediexists, any admin process

(A)(69) they dont compensate near on granted griev

(A)(70) they ensure issues Idont griece, but dont issue ones I do griev.

(A)(71) I cant write a, they say I do not Like saying when on griev,

(A)(72) They call guilty guard are you guilty and when they say they are innocent, the griev is denied, with e(use in words)styles

(A)(73) Prison dont care about write or wrongs, they only cer about procedures, (on griev,)

(A)(74) Prison says I better know the 1 issue when I merely described is cider agrees

(A)(75) Prison dont grant my grievs when state violates time lims for them selves, but they deny mine when I'm a second dos late, it

(A)(76) Prison framed me for what I'm in prison for by making a story out of thin air Pet never happened so they illegally took my Rights and forced 3 stories, plus out Standard dmys fails out P.G.R.L. on me violating my Rights by their framing me, sucos 42

(A)(77) Prisons never answered a S,L,G like a form they use often been prove, it for Federal(state) cases

(A)(78) Prison never investigate their own denials for what I'm in prison for sucos 43

(A)(79) I'm not challenging my conviction, but I'm challenging LCI3 Rights/Liberty deprivation my Libery Framers and now challenging it, sucos 43

Statement of Claim pg 15

(A) 80 a person can go insane in that cell and insanity is a serious physical injury, I'm told most judges prefer this.

(A) 81 Prison Es un-organized me to do something to get a murder charge as all humans have a breaking point and all humans are capable of killing under certain factors

(A) 82 If it's always somebody else's responsibility to the problems not theirs, they say understand and tell me w/ no results

(A) 83 my Left arm cleaner every 6 months as required by law for years now, despite tell Legal, can't get fresh in cleaner to use in, I should not have to hold sick cells over in cans at various prisons can go to health Left Legal etc.

(A) 84 Prison violates default laws and civil cases, I seen my civil (Rights) filed in Baldwin 1 prison on Feb 24, 2013 when code O.C.G.A. 9/11~55 says they have 30 days to file answer from day of sheriff's service as they were served on Jan 24, 2013, ran 31 days over in January, and 2/4/13 is considered day 1, out over 30 days violates this time line law, subsection civil to procedure, artical 2, clause 42"

(A) 85 Prison calls a court my Rights so the they know I can't sue for it

(A) 86 my indigent (prisoner petition) contained arrest warrant application sent to Baldwin magistrate, cell magistrate isn't issued, but Prison isn't in compliance

(A) 87 so Staples be far as, file set bill & stamp slot 13, not enough Flight papers, so they get more than can be replaced as

(A) 88 dentist in 2009 recommended I use dental floss but the prison store supply is dry, I'm indigent

forever
(A) 89 Feds have rights, if I can pg a filing fee up front

(A) 90 procedures in courts can't be waived, but my Rights can be

Statement of claims 13 of 18

(A) (91)  In backes sand like they have sledge hammers, nothing works for an hour an grind, I grow it replaced from clean cells, when strictly working I knock (thnk)

(A) (92)  Prison system stole my Radio, in 2003 ain't replaced it now

(A) (93)  Prison stole my readers eyeglasses in 2007 ain't replaced now

(A) (94)  Prison means Georgia People of everything + employees in general, but prison stole my funds thru in 2006, ain't replaced now

(A) (95)  Prison will not let me call police (911) FBI on phone for important crimes like my money stole eating contraband

(9) (96)  none of the dozens of open records requests or forms have ever been given me in + all I am asking with to suit or requires, and it's been years, I'm in + still ain't been given what I asked for, as Tommy Lumb policy for it if given in 3 days, 5 or less, after RCP, it's free, and they could bill it long a cent, but they have

(9) (97)  nothing taking guys with 55 even gave him

(9) (98)  nail clipper ain't giving them, and ones in print they really unprofessing

(9) (99)  I'm expected to allow another inmate to skin my face who to he does a crappy job with electric clipper, that hurt cutting face when he ain't unless by the clever against my will, for no other Reason but prison is a cult with funds to learn of if they me grow beard, as it's not a security other

(9) (100)  Prison's washers lens size I can't be trusting important prescribed contacts, sizing, I so after I been 2½ plus stolen, ain't backed he buy's, it cost somewhere eventually sinn in 2008, cell 6 superior 224, if you us to by to me in us superior now, get I'm buying 3, I'm in this order with my one put in jail before + d, it's each time at require

(A) (101)  Prison would not let me call S.S.A so the money of dad I've won from street has been stolen by prison not letting me use free phone to call S.S.A. Social Security admin

(A) (102)  dumb + security who walks by my 2009 cell 6 anything street plan doing count by insecurity if this been, grabbing us 2009

Statement of claims pg 5

(C) continues yet not telling me why, and then trying me
for same charges again in dec's in cell then informing me
then was dec3 celldojohirtha sentence with consecutive
Prison time and me telling Prison it whatever, yet they
continue to violate O C G A 16-0 5-41 felony
state criminal false ~~imprisonment~~ Imprisonment when
by not release custody of me it till Prison
(C) then dec etcetera.

all these dec illegal acts by government
combined is enough stress that you'll are in immediate
danger of serious physical injury by me (and) I'm about
to Snap mentally, (and) get your procedure blocking
...

List of case laws backing up
my claims but more are not listed cause not enough

O. C G A  26 - 1702
O. c GA  16 - 5 - 41
paragraph 1 of 1776 declaration of independence
paragraph 2 of 1776 declaration of independence

U.S. supreme's acknowledge the devastating effects of
prolonged isolation even on normal prisoners  Since
I've been in hole for 9 years now except for a bit
frame me again when I was not sentenced to hole or to
Isolation so only way to fix isolation problem is
let me out of all prisons forever
In case law      Gates v. Cook 376 F. 3d 323,
343 (5th cir. 2004)

Skinner v. uphoff  234 F supp 2d 1104 (D. wyo 2002)
defective policy of failing to investigate assaults constitutes
dilibarate indiffrence
Marquise Robbins # 5:13-cv 348 na ghs middle macon
Despain v. uphoff 264 F 3d 985  977 10th
cir. 2001 (capital S in Despain) exposure to flooding
and human waste
Marquis is my witness he is in same bldg 5 cells down
deprivation of basic human needs (sickness, food, clothing,
medical care or Reasonable safety)
~~Grey v. California Dept of Correction et~~
~~Gates 5th cir. 2004~~
Helling v. mckinley  509 u.s. 25 3/3d 1993
Robert Dennis is 9 cells down he is my witness too
prison officials are deliberately indifferent to serious
medical needs when they deny (delay) or intentionally (interfere)
with medical treatment Hallett v. morgan 296
F. 3d 732 g 744 9 cir. 2002

Clement v. Gomez 298 F 3d 898 9 cir 2002
14th us. amendment right to protection
8th us. amendment right to medical care



List of additional defendants

(1) Lisa Faintein, interim manager of inmate affairs and appeals (headquarters of Georgia dept of corrections, P.O. Box 1529 Forsyth Georgia 31029

(2) mr. ___?___ Jordan, the Deputy warden of Security (1st name unknown but I can't spell it)

(3) Tavis M. Rozier chief investigator of Georgia dept of corrections inmate affairs and appeals unit at Arnell building P.O. Box 310 Hardwick Georgia 31034

(4) ? who ever Director of inmate affairs and appeals is, at same address as mrs Faintein

(5) U.S. State's government at their legal mailing address Dept of Justice 950 Pennsylvania Ave Washington DC 20530

(6) Jay Thornton cert team officer at Wilcox State Prison

(7) James Hilliard cert team officer at Wilcox State Prison above the Georgia but full address I don't remember

(8) Brian owens commissioner of Georgia dept of correction at same address as mrs Faintein

Relief Pg 2

(42) to bring to Ride from Prison to chattanooga luncon

(43) time at tennessee tollport when I get there to talk
me whare ever I want to go 24/7 for next 8 days in
short lleell which will be there and unwdns on this
years pretty while french knowlegible of tennon
university, and tips

(44) Pay for all leiturs to stay hed and to talk
of my orchut to be permanatly replaced with
Someone elses Real lists hair Same as tethue
and color of mine by implant per follicle be a calth
age [scribbled] 14 years old Lech in 1988 of me

(45) u.s. and swiss and german pass prbs for me by
for my son type se anywhere any time new, shes/
luses life, o cars and se a thrill, sem/o gens,
and same for long term fereign visit vises Fees
in both switzerland and germany a sem hype 96 drivers plates thus
and user [scribbled] address + Soc card

(46) all Relief to apply to each defendant
regardless of how many further teck against

(47) all Relief to apply to each claim regardless
of how many turns or less

(48) ordering U.S. drivers license to extend the
international license good till all europe for 10 years
without the filling city test

(49) $9,500 in u.s. cash in des and a money belt
velcro in and 2 legs, waterproof, fireproof, crawler proof
suitcases, and berabell cap and wallet and pants and belt
and britches and shirt and shoes and small black sit and trunk
4 Cal landsys (3 Rand with a in baen permit and te filling
Ghost pure tel bullet vest and ancebelt velcron, and
ghost pure tel bulletts vest ke vercron mest parents legal and bulletproof
bal btproof vest, ke vercron suit tyrs and contains rep to each plates on 30
6 cds grum suit [scribbled] plates, tric ans
[scribbled]

Relief p 3

(49) casinos: (and) bulletproof full bank helmet, nightvision, dayvision, thermovision, motion vision, werklies by cams, werklies recording 24/7 camera. Built in A/C, bee sssteering werklies magplan, werklies by cams, werklies cars b hezbolsges most filtered licsun oxygen, and bulletproof gloves hyperinte plates cerbon is and 3c sets plats etc il and bulletproof boots and bulletproof neckbraces type with plates and safety plates for it and short length in light mps selmachineguns and 6cb bullet cells beltsystems so guns cnshot 1ccc's of bullets out of cells from bags on waistbelt full if they and enogh bulets for 8 big brs which and all riflers and AK47 assult Rifle and 6 chip if per is and far so the 1 million belt actin Rifle with Range finder uit and 1,scc Rands of bulets for it and all washsgun are in line in temperschemage? Set forts and all Fly cleany and see sm ppe for details

(50) permanant nechicans, a Jet-a-fuel buying permit 6 by act military busisst a.i.

(51) at best Jet fuel buy permit, in Switzerland Colorado

(52) a Jetpack international company $ 2cc,ccc so brghh 5 by cp 2cchinates Jet fuel plans Jetpack

(53) a 6 beg log cobin with sthecks ccg garage Rental for me with farm insust zed and here me it 18 to 29 year old girls at farm shouband/daughter Resort year Rand then cnother swiss Resort, fornters what 6 ccc sgare feet

(54) swiss Range Rover 4x4 actwnship browner Rental 6 yearns unbroght miles

(55) 6 yearf feed finant delivery to cssss Lars

(56) 5 yearf unbroght vehicle groms with all energes

(57) $ 990,ccc in cesheble onywhere, challenge antas 6 yearf unbroght vehicle grom, challenge antas

(58) us jest feel boonds, checks, in definit ins set of liscceal, but all $ 990,ccc to be in swiss franks valuse monetary

Re 455 p5 ?

(59) buy me 4   Keyes electronic ear buds like U.S. congress use on C-span it acts in ses in programs for all Russian ear ebergen dialecs, but better fluent, (d fermse, d ster ussion) (d in case hear t cose () and encrypt be the listen in te Court 5 years even 24/7

(60) But on claim 10 only I want all of mon add.l I want $1/1 million per year as compensation for each year I did not have eligibility for parch for 2006  Then fill ████ new mon out & 2o2l consecutively any  I want 10 times Petes punishment and that drs top my son safety for some they again for loss of his father  and $175,ccu a year financial less  and max interest and met delay fees and met reputational damages  and met inseller liins if d congress allowed by caw for framing me and theny taken by Rights from me and imprison then for conspiracy to frame an innocent man and du same again other 3 wilces may seek cent and upon all 2ccu may best eel prison colons felons and upon all met criminal fraud and possible and fine all met criminal fraud and

(61) move me out this all and in to another man cell in protective custody in all 3 actions on all cont items  immediately Pettes off plan stray crew s ████ les worked then more ter let/small
(62) Fix these problems & state wide permanently
(63) federal monster to check all fits pending without telling cry one he/she is coming for next 3 years at least 3.6 times a year

Certificate Service

This is to Certify that I have this day served defendants and oppesing counsel by certified cent by mye skiry cent to serve them to

Jay Thornton
James Hilliard
defendans lor
State Prisen
in habberville
Georgia and

① Reginald Smith
② Cherile Price
③ In tendons
④ mr. ___ ? Jordan deputy
warden of security

⑤ mrs. ___ ? warres
another unit manager
all of baldwin state Prison
P.C Box 218 hardwick
Georgia 31034

U.S attorney
General Eric H
Holder co. Jr
U.S. Dept of
Fish & gso
Pennsylvania
Ave 20530
seq washington P.C
and U.S government
at samesaddress
as P.C and Lou
Sect

and to Lisa Fountain inmate affairs in
appeals manager
> whoever is Director of inmate
affairs now
at P.o.Box 1529
forsyth Georgia 31029

attorney General
of Georgia Sammuel
S.oliens Dept of
Law 40 capitol
square s.w atlanta
Georgia 30334-
1300

and chief investegater teris m.
Rozier of inmate affairs in
Appeals at
Arnall building
P.o. Box 310 hardwick Georgia
31034

This 22nd day of October 2013 by David Antille
pro se petition